# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA NIBLETT, | : | Civil No. 1:21-CV-01345 |
| Plaintiff, | : | |
| v. | : | |
| EXP REALTY, LLC, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of September, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant Rogers' motion to dismiss, Doc. 17, is **GRANTED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint amending Counts 1, 2, 3, 4, 5, and 10.

2. Defendant Hommerbocker's motion to dismiss, Doc. 18, is **GRANTED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint amending Counts 2, 3, 4, 5, and 10.

3. Defendant TDI's motion to dismiss, Doc. 29, is **GRANTED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint amending Counts 1, 2, 3, 4, 5, and 10.

4. The eXp Defendants' motion to dismiss, Doc. 40, is **GRANTED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint amending Counts 1, 2, 3, 4, 5, and 10.

5. Defendant CrossCountry's motion to dismiss, Doc. 51, is **GRANTED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint amending Counts 1, 2, 3, 4, 5, and 10.

6. All Defendants' motions to dismiss, Docs. 17, 18, 29, 40, & 51, are **GRANTED WITH PREJUDICE** as to Counts 6 and 9.

7. Plaintiff's motion for oral argument, Doc. 66, is **DISMISSED AS MOOT**.

8. Plaintiff may file an amended complaint in accordance with this order and the accompanying memorandum within **21 days**, on or before **October 11, 2022**.

9. If Plaintiff fails to file an amended complaint within 21 days, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania