**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELISSA A. NIBLETT, | : | Civil No. 1:21-CV-01345 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXP REALTY, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 23rd day of March, 2026, for the reasons explained in the accompanying memorandum opinion, Plaintiff's motion to alter or amend the court's July 29, 2025 order pursuant to Federal Rule of Civil Procedure 59(e) or in the alternative for interlocutory appeal, Doc. 245, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania